Henry Reynolds
P.O. Box 7443
Santa Monica, CA 90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henry_reynolds@yahoo.com
CA Bar No. 158709

Attorney for Plaintiff
MARYANN LANKFORD

# United States District Court
## Eastern District of California
### Fresno Division

| | |
|---|---|
| MARYANN LANKFORD<br><br>Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 1:07CV01668 -TAG<br><br>ORDER RE STIPULATION TO EXTEND TIME [PROPOSED] |

STIPULATION TO EXTEND TIME IS HEREBY ORDERED. PLAINTIFF SHALL HAVE UNTIL JULY 9, 2008 IN WHICH TO FILE HER OPENING BRIEF.

DATED: 5/12/2008

THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE

1