| | |
|---|---|
| 1 | |
| 2 | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 4 | Social Security Administration<br>ELIZABETH FIRER |
| 5 | Special Assistant United States Attorney |
| 6 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 7 | Telephone: (415) 977-8937<br>Facsimile: (415) 744-0134 |
| 8 | E-Mail: Elizabeth.Firer@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARYANN LANKFORD, | ) |
| Plaintiff, | ) CIVIL NO. 1:07-CV-01668-TAG |
| v. | ) STIPULATION AND ORDER THEREON |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of 30-days to respond to Plaintiff's motion for summary judgment. The current due date is August 8, 2008, the new due date will be September 8, 2008 (day 30 falls on a Sunday).

The extension is necessary because the Special Assistant United States Attorney for the Commissioner will be out of the office from August 7th through the 22nd on long-scheduled leave. Due to her heavy July workload, which included briefing in twelve district court cases and a Ninth Circuit oral argument, she was not able to complete the brief before her scheduled leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1  ///

2                                      Respectfully submitted,

3  Dated: August 5, 2008            /s/ *Henry Reynolds*
4                                     (As authorized via email on August 5, 2008)
                                    HENRY REYNOLDS
5                                      Attorney for Plaintiff

6  Dated: August 5, 2008            McGREGOR W. SCOTT
                                     United States Attorney
7                                      LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
8                                      Social Security Administration

9
10                                     /s/ *Elizabeth Firer*
                                    ELIZABETH FIRER
                                    Special Assistant U.S. Attorney
11
                                    Attorneys for Defendant
12

13                                           <u>ORDER</u>

14

15 IT IS SO ORDERED.

16 Dated:  **August 13, 2008**                                   **/s/ Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE

17