```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARYANN LANKFORD,           )<br>                             )<br>     Plaintiff,              )<br>                             )<br>         v.                  )<br>                             )<br>MICHAEL J. ASTRUE,           )<br>  Commissioner of            )<br>  Social Security,           )<br>                             )<br>     Defendant.              )<br>_____) | CIVIL NO. 1:07-cv-01668 TAG<br><br>STIPULATION AND ORDER THEREON |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of 1-day to respond to Plaintiff's motion for summary judgment. The current due date is September 8, 2008, the new due date will be September 9, 2008. The extension is necessary because the Special Assistant United States Attorney for the Commissioner inadvertently mis-calendared, by one day, the due date following the first extension this Court granted.

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 9, 2008          /s/ *Henry Reynolds*
(As authorized via email on September 9, 2008)
HENRY REYNOLDS
Attorney for Plaintiff

Dated: September 9, 2008          McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **September 11, 2008**           **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE