1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MARYANN LANKFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:07-CV-01668-BAK (DLB) <br><br> STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND SEPARATE COSTS |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff's counsel, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS AND ZERO CENTS ($6,500.00), and SIXTEEN DOLLARS AND ZERO CENTS ($16.00) in costs pursuant to 28 U.S.C. §§ 1920, 2412. This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: April 24, 2009 /s/*Henry Reynolds*
*(As authorized via email)*

HENRY REYNOLDS
Attorney for Plaintiff


LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 24, 2009 By: /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's counsel, as assignee, shall be awarded attorney fees in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS AND ZERO CENTS ($6,500.00), and SIXTEEN DOLLARS AND ZERO CENTS ($16.00) in costs as authorized by 28 U.S.C. §§ 1920, 2412, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated: **April 30, 2009**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE